# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CLAUDE A. COTE,<br><br>              Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>              Defendant. | C.A. No. 1:20-cv-0504 |

## DISMISSAL STIPULATION

Plaintiff and Defendant agree pursuant to F.R.Civ. P. 41(a)(1)(A)(ii) that the Complaint may be dismissed with prejudice. No costs or fees awarded.

| | |
|---|---|
| */s/ Max Wistow*<br>Max Wistow, Esq. #0330<br>Kenneth Sylvia, Esq. #9791<br>Wistow, Sheehan & Lovely, P.C.<br>61 Weybosset Street<br>Providence, RI 02903<br>(401) 831-2700<br>(401) 272-9752<br>mw@wistbar.com<br>ksylvia@wistbar.com<br><br>*Attorneys for Plaintiff*<br>*Claude A. Cote* | */s/ Brooks R. Magratten*<br>Brooks R. Magratten, Esq., #3585<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 fax<br>bmagratten@pierceatwood.com<br><br><br><br>*Attorneys for Defendant*<br>*Standard Insurance Company* |

{W13274947.1}

## CERTIFICATE OF SERVICE

      I certify that the within document was electronically filed with the clerk of the court on June 7, 2021, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the following counsel of record:

Max Wistow, Esq.
Kenneth Sylvia, Esq.
Wistow, Sheehan & Lovely, P.C.
61 Weybosset Street
Providence, RI 02903

                                                  */s/ Brooks R. Magratten*